LUIS LI (State Bar No. 156081)
Luis.Li@wsgr.com
FRED A. ROWLEY, JR. (State Bar No. 192298)
Fred.Rowley@wsgr.com
MARK R. YOHALEM (State Bar No. 243596)
Mark.Yohalem@wsgr.com
MATTHEW K. DONOHUE (State Bar No. 302144)
MDonohue@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, California 90013-1955
Telephone: (323) 210-2900

ERIC P. TUTTLE (State Bar No. 248440)
Eric.Tuttle@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036
Telephone: (206) 883-2500

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JEWISH FEDERATION-COUNCIL OF GREATER LOS ANGELES, a California nonprofit public benefit corporation; and DANIEL TODD GRYCZMAN, an individual,

Plaintiffs,

v.

NORTON SIMON MUSEUM OF ART AT PASADENA, a California nonprofit public benefit corporation; NORTON SIMON ART FOUNDATION, a California nonprofit public benefit corporation; THE NORTON SIMON FOUNDATION, a California nonprofit public benefit corporation; and DOES 1-9, inclusive,

Defendants.

Case No. 2:26-cv-12023-MWF-E

**JOINT STIPULATION REGARDING SCHEDULE FOR BRIEFING MOTION TO REMAND AND RESPONSE TO COMPLAINT (L.R. 7-1)**

Removed from Superior Court of California, County of Los Angeles, Case No. 26STCV29134

Judge: Michael W. Fitzgerald

Pursuant to Central District of California Local Rule 7-1, Plaintiffs Jewish Federation-Council of Greater Los Angeles and Daniel Todd Gryczman (collectively, "Plaintiffs") and Defendants Norton Simon Museum of Art at Pasadena, Norton Simon Art Foundation, and The Norton Simon Foundation (collectively, "Defendants," and all the foregoing, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the Complaint in in this action in Los Angeles County Superior Court (Case No. 26STCV29134) on September 14, 2026;

WHEREAS, Defendants filed a Notice of Removal to this Court on October 14, 2026;

WHEREAS, pursuant to Civil Local Rule 8-3, the Parties stipulated that the deadline for Defendants to respond to the Complaint be extended to November 16, 2026 (ECF No. 10);

WHEREAS, Defendants intend to respond to the Complaint by filing a motion to dismiss under Rule 12;

WHEREAS, Plaintiffs intend to file a motion to remand the case to state court on or before November 13, 2026;

WHEREAS, the Parties agree that it would be most efficient, and would conserve the Court's and the Parties' resources, to defer Defendants' anticipated motion to dismiss until after Plaintiffs' motion to remand is decided;

WHEREAS, the Parties have agreed to a briefing schedule on the motion to remand that takes into account the upcoming holidays and the Parties' and counsel's schedules;

**NOW, THEREFORE, the Parties hereby STIPULATE, subject to the Court's approval, as follows:**

1. Plaintiffs shall file their motion to remand by Friday, November 13, 2026.

2. Defendants shall file their opposition to the motion to remand by Monday, December 14, 2026.

3. Plaintiffs shall file their reply in support of remand by Friday, January 8, 2027.

4. Should Plaintiffs' motion to remand be denied, Defendants shall file a motion to dismiss the Complaint, or otherwise respond to the Complaint, within twenty-one days of the Court's ruling on Plaintiffs' motion to remand.

5. Plaintiffs shall file any opposition to the motion to dismiss within sixty days of the filing of the motion to dismiss.

6. Defendants shall file any reply in support of the motion to dismiss within twenty-eight days of the filing of the opposition.

DATED: November 9, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Eric P. Tuttle*
Eric P. Tuttle

Attorney for Defendants

DATED: November 9, 2026

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Baruch Weiss*
Baruch Weiss

Attorney for Plaintiffs

**SIGNATURE ATTESTATION**

I hereby attest that, in accordance with Local Rule 5-4.3.4(a)(2), the concurrence in and authorization to the filing of this document has been obtained from the signatories indicated by a “conformed” signature (/s/) within this e-filed document.

By: */s/ Eric P. Tuttle*
Eric P. Tuttle