**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEWISH FEDERATION-COUNCIL OF GREATER LOS ANGELES, et al., PLAINTIFF(S) v. NORTON SIMON MUSEUM OF ART AT PASADENA, et al., DEFENDANT(S). | CASE NUMBER CV 26-12023-MWF(Ex) |
| | **ORDER RE OBJECTION TO RELATED CASE TRANSFER** |

An objection to the Notice of Related Cases or an objection to a proposed related case transfer order has been filed in this action. As set forth in the General Order in the Matter of Assignment of Cases and Duties to District Judges, the Judges assigned to the cases identified as related have reviewed the Notice of Related Cases and objection(s) and conclude as follows:

Judge assigned high number case identified as related: **CV 26-12023-MWF(Ex)**

X The cases are related.

OR

___ The cases are not related.

11/10/26
Date

United States District Judge

Judge assigned low number case identified as related: **CV 07-2850-JFW(VBKx)**

X The cases are related.

OR

___ The cases are not related.

November 18, 2026
Date

United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

____ The Judges assigned to the cases identified as related do not agree that the cases are related. No transfer will occur.

OR

X The Judges assigned to the cases identified as related agree that the cases are related. Pursuant to the Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, this matter has been reassigned to the calendar of District Judge John F. Walter. Any discovery matters that are or may be referred to a magistrate judge are hereby transferred from Magistrate Judge -- to Magistrate Judge --. On all documents subsequently filed in this case, please substitute the initials JFW after the case number in place of the initials of the prior judge, so that the case number will read 2:26-cv-12023-JFW-Ex. This is very important because the documents are routed to the assigned judges by means of these initials.